*Robert B. Brady, Harold O. N. Frankel* and *Morris Dickman* for appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *William Hoppen* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

INDUSTRIAL BANK OF COMMERCE, Respondent, *v.* CHESTER SHAPIRO, Appellant.

Argued November 28, 1950; decided January 11, 1951.

*Morris M. Oppenheim* for appellant.

*Henry W. Parker* and *John J. Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER MICHALOWSKI, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY DLUGOLESKI, Appellant.

Submitted November 30, 1950; decided January 11, 1951.